UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 10-cr-00536-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE GUADALUPE ROCHA,

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file.  It is hereby

    ORDERED that a 4-day jury trial is set for **Monday, October 3, 2011, at 9:00 a.m. in Courtroom A-1002.**  It is

    FURTHER ORDERED that any pretrial motions by Defendant shall be filed on or before **September 12, 2011.**  It is

    FURTHER ORDERED that Counsel shall contact chambers to schedule a hearing on pending motions, if any, and final trial preparation conference, if necessary.

    Dated:  August 10, 2011

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge